# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| VEGAS MANAGEMENT, LLC | § | Case No. 16-04856 CED |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANGELA WELCH , TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,442,960.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 172,500.00 | Claims Discharged Without Payment: 6,294,044.42 |
| Total Expenses of Administration: 6,408.25 | |

3) Total gross receipts of $ 178,908.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 178,908.25 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 2,271,473.37 | $ 184,743.19 | $ 172,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 404,910.13 | 38,630.75 | 6,408.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 56,143.61 | 56,143.61 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 927,490.69 | 927,490.69 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 5,366,553.73 | 5,366,553.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 9,026,571.53 | $ 6,573,561.97 | $ 178,908.25 |

4) This case was originally filed under chapter 11 on 06/03/2016 , and it was converted to chapter 7 on 09/27/2016 . The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2021          By:/s/ANGELA WELCH , TRUSTEE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 177,500.00 |
| Refund | 1229-000 | 24.77 |
| Refund | 1229-000 | 1,383.48 |
| **TOTAL GROSS RECEIPTS** | | **$178,908.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | LV LIQUOR, LLC | 4110-000 | NA | 1,926,478.15 | 0.00 | 0.00 |
| 000004 | PRIME RATE PREMIUM FINANCE | 4210-000 | NA | 6,305.52 | 6,305.52 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ROCKWELL FINANCIAL | 4210-000 | NA | 160,252.03 | 0.00 | 0.00 |
|  | secured creditor Order 165 | 4210-000 | NA | 172,500.00 | 172,500.00 | 172,500.00 |
| 000001 | PINELLAS COUNTY TAX COLLECTOR | 4800-000 | NA | 5,937.67 | 5,937.67 | 0.00 |
| TOTAL SECURED CLAIMS |  |  | $ NA | $ 2,271,473.37 | $ 184,743.19 | $ 172,500.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:WELCH, ANGELA | 2100-000 | NA | 140.84 | 140.84 | 140.84 |
| TRUSTEE EXPENSES:WELCH, ANGELA | 2200-000 | NA | 318.46 | 318.46 | 318.46 |
| LIROT, ESQ., LUKE | 2420-000 | NA | 1,383.48 | 1,383.48 | 1,383.48 |
| O.E. WILSON INSURANCE | 2420-000 | NA | 500.00 | 500.00 | 500.00 |
| Union Bank | 2600-000 | NA | 435.00 | 435.00 | 435.00 |
| CLERK OF BANKRUPTCY COURT | 2700-000 | NA | 700.00 | 700.00 | 70.88 |
| OFFICE OF THE UNITED STATES TRUST | 2950-000 | NA | 5,850.00 | 5,850.00 | 592.37 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GENOVESE JOBLOVE & BATTISTA, PA | 3210-000 | NA | 352,669.00 | 0.00 | 0.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):JENNIS LAW FIRM | 3210-000 | NA | 28,235.50 | 28,235.50 | 2,859.13 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):GENOVESE JOBLOVE & BATTISTA, PA | 3220-000 | NA | 13,610.38 | 0.00 | 0.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):JENNIS LAW FIRM | 3220-000 | NA | 1,067.47 | 1,067.47 | 108.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 404,910.13 | $ 38,630.75 | $ 6,408.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL TREUHAFT ATTY FOR CH. 11 DEBTO | 6990-000 | NA | 1,995.00 | 1,995.00 | 0.00 |
| TREUHAFT, JOEL | 6990-000 | NA | 40,437.50 | 40,437.50 | 0.00 |
| WEISSMAN, GIANNA | 6990-000 | NA | 6,000.00 | 6,000.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAMS, RALPH | 6990-000 | NA | 7,711.11 | 7,711.11 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 56,143.61 | $ 56,143.61 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003-2A | DEPARTMENT OF REVENUE | 5800-000 | NA | 927,479.63 | 927,479.63 | 0.00 |
| 000002-3A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 11.06 | 11.06 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 927,490.69 | $ 927,490.69 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | DEEWYNN COX AS GUARDIAN OF | 7100-000 | NA | 2,541,280.00 | 2,541,280.00 | 0.00 |
| 000006 | SOLUTIONS, STANLEY CONVERGENT SECUR | 7100-000 | NA | 31,428.26 | 31,428.26 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003-2B | DEPARTMENT OF REVENUE | 7300-000 | NA | 293,260.47 | 293,260.47 | 0.00 |
| 000002-3B | IRS | 7300-000 | NA | 585.00 | 585.00 | 0.00 |
| 000010 | DEEWYNN COX AS GUARDIAN OF | 7400-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | LOWY, KATHERINE A | 7400-000 | NA | 2,500,000.00 | 2,500,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 5,366,553.73 | $ 5,366,553.73 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-04856 | CED | Judge: Caryl E. Delano | Trustee Name: | ANGELA WELCH, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VEGAS MANAGEMENT, LLC | | | Date Filed (f) or Converted (c): | 09/27/16 (c) |
| | | | | 341(a) Meeting Date: | 10/25/16 |
| For Period Ending: | 09/06/21 | | | Claims Bar Date: | 01/23/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY  10570 Gandy Blvd. St Pete  10570 Gandy Blvd St. Petersburg FL | 0.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS  BOA | 0.00 | 1.00 | | 0.00 | FA |
| 3. CASH | 650.00 | 0.00 | | 0.00 | FA |
| 4. SECURITY DEPOSITS | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. EQUITABLE OR FUTURE INTERESTS  65% JFL Venture Fun | 715,000.00 | 1,000.00 | | 0.00 | FA |
| 6. INVENTORY  Promotional Items | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. INVENTORY  Entertainer clothes | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. INVENTORY  Liquor, Cigars, Wine, Beer | 175,000.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 210.00 | 0.00 | | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES   tvs, computers, audio eqip, video game, lighting, tables and chairs, atm's shelving desks safes filing cabinets couuches | 44,600.00 | 0.00 | | 0.00 | FA |
| 11. GENERAL INTANGIBLES  Adult Use License | 500,000.00 | 0.00 | | 0.00 | FA |
| 12. GENERAL INTANGIBLES  2 liquor licenses - #1 6840 Se   2 liquor licenses - one with each piece of real estate - this one is # 1 - went with 6840 Seminole Blvd.  Liquor store and bar. | 400,000.00 | 177,500.00 | | 177,500.00 | FA |
| 13. OTHER  Billboard income (u)   Income from Clear Channel Billboard on property | 0.00 | 9,000.00 | | 0.00 | FA |
| 14. Refund (u)   Refund | 0.00 | 24.77 | | 24.77 | FA |
| 15. Refund (u)   insurance refund | 0.00 | 1,383.48 | | 1,383.48 | FA |
| 16. GENERAL INTANGIBLES - # 2 Liquor License  Gandy Bl   2 liquor licenses - this is # 2 goes with real estate - Gaandy Blvd.  Liquor store and strip club | 0.00 | 0.00 | | 0.00 | FA |
| 17. CONTINGENT CLAIMS (u)   possible causes of action | 0.00 | 1,000.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,842,960.00 | $189,909.25 | | $178,908.25 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-7/27/21 vm from Gianna W lm back
-6/29/21  court requested order, sent corrected ECOD  Order ID:  393043
-6/24/21 ECOD Order ID:  392573
-3/30/21 TFR
-12/20 rev case in line for closing
-9/20 working on closing

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 16-04856 CED Judge: Caryl E. Delano | Trustee Name: ANGELA WELCH, TRUSTEE |
| Case Name: | VEGAS MANAGEMENT, LLC | Date Filed (f) or Converted (c): 09/27/16 (c) |
| | | 341(a) Meeting Date: 10/25/16 |
| | | Claims Bar Date: 01/23/17 |

-6/20 checking with other professionals, not filing fee app as case admin insolvent
-3/20 working on closing
-2/20 discuss case w/ atty, wrap up
-11/19 discuss case w/ atty
-10/19 discuss case w/ atty, reviewing docs
-8/19 con't work on depos
-7/29/19 discuss case w/ atty, bank depo was 7/24/19, Frank Walker depo 8/2/19.
-7/1/19 UST Nathan W called, discussed.
-5/3/19 conf call re issues
-4/22/19 attend hearing on BOA production, L Vincent 2004.
-4/19/19 rec'd addl docs from BOA, reviewing.
-4/3/2/19 ongoing BOA document production issues.

-Ch. 11 6/3/16; converted to Ch. 7 9/27/16
-9/26/16 discuss case w/ UST; call from John Landkammer; research case - after hours
-9/27/16 review docs at UST; appointed; look for counsel, working on issues
-9/28/16 calls w/ counsel. working on issues; many calls various parties
-9/29/16 many calls various parties, attys, research
-9/16 many calls trips
-10/16 many calls trips
-10/24/16 cases under joint admin in this case  (16-04857 is other case all docketed under this one 16-04856 Vegas)
-11/10/16 discuss case w/ atty
-11/16 emails re case
-11/14/16 return call to jennifer duke energy status 727-523-4386
-11/28/16 Lm with Ralph W - had called UST, wants lawn equip (checked w/ atty), lm he needs to provide doc to substantiate it is his
-12/16 changed of counsel no longer using Jennis Law - now GJB
-1/6/17 NOTE: 341 was con't to 1/10/17 with counsel change - reset to 2/7/17  NO 341 on 1/10/17.
-1/19/17 call w/ attys
-1/17 workk on case w/ attys
-2/7/17 attend con't 341 hearing - James Lowy no showed.  Will set con't date
-2/17 work w/ attys on case issues.
-3/17 cont work w/ attys on case issues
-3/28/17 Lowy appeared at 341, held and concluded  (Note:  his first appearance was 12/8, then 3/28).  in and out of jail / and other issues
-4/17 close on 6950 Seminole Blvd property, division of funds to be determined.
-4/17 Lowy back in jail
-4/17 cont work w/ attys on case issues.
-5/17 cont work on case issues, discuss w/ UST
--6/17 cont work on case issues
-7/17 cont work on case issues
-8/17 cont work on case issues
-9*17 ongoing discussions re case issues
-9/17 2004 notice Gianna Weisman
-10/17 con't work on case
-10/31/17 attend hearing
-12/17 reviewing docs
-2/18 reviewing docs, req addl docs for POC 6
-2/18 tt atty Luke L
-3/18 discovery out to banks, BOA response due 4/30/18.  Expert working on reviewing transfers

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3
Exhibit 8

| | | |
|---|---|---|
| Case No: | 16-04856    CED    Judge: Caryl E. Delano | Trustee Name:    ANGELA WELCH , TRUSTEE |
| Case Name: | VEGAS MANAGEMENT, LLC | Date Filed (f) or Converted (c):    09/27/16 (c) |
| | | 341(a) Meeting Date:    10/25/16 |
| | | Claims Bar Date:    01/23/17 |

-4/19/18 subpoena to BOA
-6/2/18 rev case, working with acctg expert
-6/4/18 tt Trisha UST / dep / bond ok
-6/18/18 attend hearing deadlines ext to 12/18  BOA on 4th subpoena and Mot to Compel.hearing set for 7/9/18
-8/18 review update from acct
-9/6/18 emailed Glick for status
-9/18 2004 set for James Lowy
-12/18 reviewing addl docs produced by Lowy.
-2/3/19 submitted order, Order ID: 264059
-2/19 reviewing docs, depo prep
-2/14/19 went to depo, lyle vincent retained counsel, is not coming, will reschedule.
-2/25/19 call w/ attys and acctg expert re claims issues
-3/4/19 ext on time to file actions.
-3/18/19 BOA to send docs by 3/29 and depo April 5.

Initial Projected Date of Final Report (TFR): 12/31/18      Current Projected Date of Final Report (TFR): 12/31/20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 16-04856 -CED |
| Case Name: | VEGAS MANAGEMENT, LLC |
| Taxpayer ID No: | *******2715 |
| For Period Ending: | 09/06/21 |

| | |
|---|---|
| Trustee Name: | ANGELA WELCH , TRUSTEE |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******0163 Checking Account |
| Blanket Bond (per case limit): | $ 30,832,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| Memo Receipts: | 0.00 | | |
| Memo Disbursements: | 0.00 | | |
| Memo Allocation Net: | 0.00 | | |

| Account *******0163 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | 0 Checks | | 0.00 |
| 0 Deposits | | 0.00 | 0 Adjustments Out | | 0.00 |
| 0 Interest Postings | | 0.00 | 0 Transfers Out | | 0.00 |
| Subtotal | $ | 0.00 | Total | $ | 0.00 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| Total | $ | 0.00 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-04856 -CED | Trustee Name: | ANGELA WELCH, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VEGAS MANAGEMENT, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0414 Checking Account |
| Taxpayer ID No: | *******2715 | | |
| For Period Ending: | 09/06/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/16 | 14 | Teco | refund | 1229-000 | 24.77 | | 24.77 |
| 11/30/16 | 15 | Prime Rate Fin. Co. | refund | 1229-000 | 1,383.48 | | 1,408.25 |
| * 12/07/16 | 003001 | Luke Lirot, Esq. 2240 Belleair Rd., Ste. 190 Clearwater, FL  33764 | Order Doc 160 Renew Adult License Renew Adult License Fee Pinellas County | 2420-003 | | | 1,408.25 |
| * 12/07/16 | 003001 | Luke Lirot, Esq. 2240 Belleair Rd., Ste. 190 Clearwater, FL  33764 | Void Typo | 2420-003 | | | 1,408.25 |
| 12/07/16 | 003002 | Luke Lirot, Esq. 2240 Belleair Rd., Ste. 190 Clearwater, FL  33764 | Order Doc 160 Renew Adult LIcense Renew Adult Use License Pinellas County | 2420-000 | | 1,383.48 | 24.77 |
| 01/06/17 | 12 | Jennis Law Firm JENNIS LAW FIRM | Liquor Lic # 1 Seminole Order 165      Memo Amount:            177,500.00 Liquor Lic # 1 Seminole Order 165     Memo Amount:     (     172,500.00 ) secured creditor Order 165 | 1129-000 4210-000 | 5,000.00 | | 5,024.77 |
| 02/27/17 | 003003 | O.E. Wilson Insurance 1475 Belcher Rd. S. Largo, FL  33771 | Insurance Gandy 3/17 | 2420-000 | | 500.00 | 4,524.77 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,509.77 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,494.77 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,479.77 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,464.77 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,449.77 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,434.77 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,419.77 |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,404.77 |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,389.77 |
| 11/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,374.77 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,359.77 |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,344.77 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,329.77 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,314.77 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,299.77 |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,284.77 |
| 06/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,269.77 |
| 07/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,254.77 |
| 08/27/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,239.77 |
| 09/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,224.77 |
| 10/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,209.77 |
| 11/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,194.77 |
| 12/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,179.77 |
| 01/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,164.77 |
| 02/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,149.77 |
| 03/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,134.77 |
| 04/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,119.77 |
| 05/28/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,104.77 |

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-04856 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
|---|---|---|---|
| Case Name: | VEGAS MANAGEMENT, LLC | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******0414 Checking Account |
| Taxpayer ID No: | *******2715 | | |
| For Period Ending: | 09/06/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/25/19 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,089.77 |
| 08/15/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 4,089.77 | 0.00 |

| | | Account | Balance Forward | 0.00 | | 4 | Checks | 1,883.48 |
|---|---|---|---|---|---|---|---|---|
| | | *******0414 | 3 Deposits | 6,408.25 | | 29 | Adjustments Out | 435.00 |
| Memo Receipts: | 177,500.00 | | 0 Interest Postings | 0.00 | | 1 | Transfers Out | 4,089.77 |
| Memo Disbursements: | 172,500.00 | | Subtotal | $ 6,408.25 | | | Total | $ 6,408.25 |
| Memo Allocation Net: | 5,000.00 | | 0 Adjustments In | 0.00 | | | | |
| | | | 0 Transfers In | 0.00 | | | | |
| | | | Total | $ 6,408.25 | | | | |

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-04856 -CED | Trustee Name: | ANGELA WELCH , TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | VEGAS MANAGEMENT, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0135 Checking Account |
| Taxpayer ID No: | *******2715 | | |
| For Period Ending: | 09/06/21 | Blanket Bond (per case limit): | $ 30,832,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/19 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,089.77 | | 4,089.77 |
| 07/01/21 | 070001 | Clerk, United States Bankruptcy Court<br>United States Bankruptcy Court<br>801 N. Florida Ave., Ste. 555<br>Tampa, FL 33602-3899 | CLERK, ADVERSARY FILING FEE | 2700-000 | | 70.88 | 4,018.89 |
| 07/01/21 | 070002 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Compensation/Fees | 2100-000 | | 140.84 | 3,878.05 |
| 07/01/21 | 070003 | ANGELA WELCH , Ch. 7 Trustee | Chapter 7 Expenses | 2200-000 | | 318.46 | 3,559.59 |
| * 07/01/21 | 070004 | Office of the United States Trustee<br>Timberlake Annex, Suite 1200<br>501 E. Polk St.<br>Tampa, FL 33602 | Claim 000011, Payment 10.12598% | 2950-003 | | 592.37 | 2,967.22 |
| * 07/01/21 | 070004 | Office of the United States Trustee<br>Timberlake Annex, Suite 1200<br>501 E. Polk St.<br>Tampa, FL 33602 | Claim 000011, Typo on payee | 2950-003 | | -592.37 | 3,559.59 |
| 07/01/21 | 070005 | Jennis Law Firm<br>606 E. Madison St.<br>Tampa, FL 33602 | Claim 000015, Payment 10.12600% | | | 2,967.22 | 592.37 |
| | | | Fees    2,859.13 | 3210-000 | | | 592.37 |
| | | | Expenses    108.09 | 3220-000 | | | 592.37 |
| 07/01/21 | 070006 | Office of the United States Trustee<br>Timberlake Annex, Suite 1200<br>501 E. Polk St.<br>Tampa, FL 33602 | Claim 000011 | 2950-000 | | 592.37 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Receipts: | 0.00 | Account *******0135 | Balance Forward | 0.00 | |
| Memo Disbursements: | 0.00 | | 0 Deposits | 0.00 | 7 Checks | 4,089.77 |
| Memo Allocation Net: | 0.00 | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | | 0 Transfers Out | 0.00 |
| | | | Subtotal | $ 0.00 | |
| | | | | | Total | $ 4,089.77 |
| | | | 0 Adjustments In | 0.00 | |
| | | | 1 Transfers In | 4,089.77 | |
| | | | Total | $ 4,089.77 | |

| Report Totals | | | Balance Forward | 0.00 | | |
| --- | --- | --- | --- | --- | --- | --- |
| Total Memo Receipts: | 177,500.00 | | 3 Deposits | 6,408.25 | 11 Checks | 5,973.25 |
| Total Memo Disbursements: | 172,500.00 | | 0 Interest Postings | 0.00 | 29 Adjustments Out | 435.00 |
| | | | | | 1 Transfers Out | 4,089.77 |
| Total Memo Allocation Net: | 5,000.00 | | Subtotal | $ 6,408.25 | |
| | | | | | Total | $ 10,498.02 |
| | | | 0 Adjustments In | 0.00 | |
| | | | 1 Transfers In | 4,089.77 | |
| | | | Total | $ 10,498.02 | Net Total Balance | $ 0.00 |

PFORM2T4

Ver: 22.03d

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*